IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Robinson, Sherman L | Case Number:  07 B 06013 |
| | Judge:  Squires, John H |
| Printed:  1/8/08 | Filed:  4/3/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed:  November 28, 2007
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 3,500.00 | |
| Secured: | | 1,302.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,008.98 |
| Trustee Fee: | | 189.02 |
| Other Funds: | | 0.00 |
| Totals: | 3,500.00 | 3,500.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,484.00 | 2,008.98 |
| 2. | JP Morgan Chase Bank | Secured | 0.00 | 0.00 |
| 3. | Prime Motors Incorporated | Secured | 7,500.00 | 1,302.00 |
| 4. | Illinois Dept of Revenue | Secured | 2,564.64 | 0.00 |
| 5. | Illinois Dept of Revenue | Priority | 10,082.42 | 0.00 |
| 6. | Internal Revenue Service | Priority | 9,867.91 | 0.00 |
| 7. | Barr Management LTD | Unsecured | 212.85 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 61.95 | 0.00 |
| 9. | United States Dept Of Education | Unsecured | 477.36 | 0.00 |
| 10. | Sir Finance Corporation | Unsecured | 493.10 | 0.00 |
| 11. | Americredit Financial Ser Inc | Unsecured | 1,120.40 | 0.00 |
| 12. | City Of Chicago Dept Of Revenue | Unsecured | 1,149.50 | 0.00 |
| 13. | Swedish Covenant Hospital | Unsecured | 85.15 | 0.00 |
| 14. | Internal Revenue Service | Unsecured | 256.61 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 22.62 | 0.00 |
| 16. | Illinois Dept of Revenue | Unsecured | 330.76 | 0.00 |
| 17. | Douglas, Knight & Associates Inc | Unsecured | 253.08 | 0.00 |
| 18. | Internal Revenue Service | Priority | | No Claim Filed |
| 19. | Credit Collection | Unsecured | | No Claim Filed |
| 20. | Hsbc Nv | Unsecured | | No Claim Filed |
| 21. | Corporate Collection Service | Unsecured | | No Claim Filed |
| 22. | First American Investment | Unsecured | | No Claim Filed |
| 23. | First National Credit Card | Unsecured | | No Claim Filed |
| 24. | New Millennium Bank | Unsecured | | No Claim Filed |
| 25. | Sch Laboratory Physicians | Unsecured | | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Robinson, Sherman L | Case Number:  07 B 06013 |
| | Judge:  Squires, John H |
| Printed:  1/8/08 | Filed:  4/3/07 |

| | | | |
|---|---|---|---|
| 26.  PFG Of Minnesota | Unsecured | | No Claim Filed |
| 27.  Northwest Collectors | Unsecured | | No Claim Filed |
| 28.  Vedder Price | Unsecured | | No Claim Filed |
| 29.  Magers & Price | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 36,962.35 | $ 3,310.98 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 189.02 |
| | _____ |
| | $ 189.02 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: